**Order entered March 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00020-CR

**STEPHEN LEN HEJNY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58342-S**

## ORDER

The Court **REINSTATES** the appeal.

This appeal has been pending for more than one year. Appellant was convicted on his open plea of guilty of theft of property valued at $1,500 or more but less than $20,000, and sentenced to five years' imprisonment. The Texas Department of Criminal Justice Inmate Locator service reflects that appellant is incarcerated. Appellant was represented by court-appointed counsel at trial, but filed a pro se notice of appeal. Nothing in the record reflects that counsel was appointed to represent appellant on appeal. The clerk's and reporter's records have been filed.

When appellant's brief was not filed by March 26, 2013, this Court ordered the trial court to make findings regarding why appellant's brief had not been filed. When the findings were not

received by June 25, 2013, the Court ordered the Honorable Andy Chatham, Presiding Judge of the 282nd Judicial District Court to conduct a hearing to determine why appellant's brief had not been filed. When the findings were still not received by October 8, 2013, the Court again ordered the Honorable Andy Chatham, Presiding Judge of the 282nd Judicial District Court to make findings regarding appellant's record. The Court still has not received the findings regarding appellant's brief. This appeal cannot proceed to disposition until the issue of appellant's brief, including the issue of whether appellant even desires to continue the appeal, has been resolved.

Accordingly, this Court **ORDERS** the Honorable Mary Murphy, Presiding Judge of the First Administrative Judicial Region, to refer this matter to the Presiding Judge of the Dallas County District Courts for a determination of whether this case should be transferred from the 282nd Judicial District Court to another court to provide for the "efficient operation of the court system and effective administration of justice." *See* TEX. GOV'T CODE ANN. § 74.092(10) (West 2013). If the Presiding Judge of the Dallas County District Courts is not able to perform his duties, we **ORDER** the Honorable Mary Murphy, to perform that duty in accordance with Texas Government Code section 74.046(5). *See id.* § 74.046(5).

Specifically, we **ORDER** that findings be made regarding the following:

- Whether appellant desires to prosecute the appeal. If appellant's presence cannot be obtained for the hearing, we **ORDER** that the hearing be conducted in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.).

- If appellant does not desire to pursue the appeal, a finding shall be made to that effect.

- If appellant does desire to pursue the appeal, a finding shall be made regarding whether appellant is indigent and entitled to court-appointed counsel. If appellant is indigent, we **ORDER** that counsel be appointed to represent appellant in this appeal.

We **ORDER** that the findings on these be transmitted to this Court by **FRIDAY, APRIL 18, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: (1) the Honorable Mary Murphy, Presiding Judge, First Administrative Judicial Region; (2) the Honorable Robert Burns, Presiding Judge, Dallas County District Courts; (3) the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; and (4) Michael Casillas, Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Stephen Hejny, TDCJ No. 01343298, Telford Unit, 3899 State Hwy 98, New Boston, Texas 75570.

The appeal is **ABATED** for compliance with this order. The appeal shall be reinstated on April 18, 2014 or when the findings are received, whichever is earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE